**Order entered August 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00725-CV

### IN RE JEROME JOHNSON, Relator

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

# ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's June 19, 2019 petition for writ of mandamus.

/s/      ROBBIE PARTIDA-KIPNESS
         JUSTICE